# United States Bankruptcy Court
# Central District of California

In re:
Francis Wilzemann Yu
aka Francis Yu, aka Francis Cabangis Yu

CHAPTER NO.: 13

CASE NO.: 1:23-bk-10313-MB

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002-1)

☐ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2.5(a)(2).

　　　　　Chapter 13　　Original only

**Please return the original or copy of this form with all required items to the following location:**

　　　　21041 Burbank Blvd, Woodland Hills, CA 91367-6603

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460-9641.

Dated: March 14, 2023

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 02/2020)

**7 – 1 / TK**